# UNITED STATES DISTRICT COURT
# STATUS CONFERENCE MINUTES

Date: **9/22/2025**                     Judge:        Hon. William E. Fitzpatrick
Time: **10:00 – 10:04**                 Reporter:     FTR
                                        Deputy Clerk: Dani Zirk

Case Number: **1:25-MJ-425**

## UNITED STATES OF AMERICA

vs.

## MARGARITA RAMIREZ-HUEZO          __X__ Present    ___ Not Present

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Nathaniel Wenstrup** | **Christopher Galarza** |

PROCEEDINGS:

This matter came on for a Status Conference. Matter continued to 11/18/2025 at 10:00 a.m. for a subsequent Status Conference.